IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

|  |  |  |
|---|---|---|
| RONALD EUGENE STUBBS, | : | |
| Plaintiff, | : | |
| vs. | : | 1:06-CV-90(WLS) |
| ERNEST MITCHELL, | : | |
| Defendant. | : | |

_____

### RECOMMENDATION

On February 12, 2009, Defendant in this *pro se* § 1983 action filed his Motion for Summary Judgment accompanied by a brief and other supporting documents (doc. 17). On February 13, 2009, the Court gave the Plaintiff the required notice of Defendant's Motion and advised Plaintiff of his right to respond in opposition to the granting of the motion (doc. 18). On February 18, 2009, Plaintiff filed a Motion to Dismiss the Complaint in which he stated, " that without the evidence he can not prove the malicious acts taken against him in his apprehension." This statement can only be construed as an acknowledgment by the Plaintiff that he has no evidence with which to oppose the Defendant's motion.

In terms of judicial economy it is far more efficient to grant Plaintiff's Motion to Dismiss that to consider the Defendant's Motion for Summary Judgment. Inasmuch as Plaintiff admits that he has no evidence in support of his complaint the dismissal should be with prejudice. Counsel for Defendant has been contacted and he has no opposition to the Motion to Dismiss being granted in lieu of the Court considering his Motion for Summary Judgment so long as the dismissal is with prejudice. For the reasons as set out above it is the RECOMMENDATION of

the undersigned that Plaintiff's Motion to Dismiss be GRANTED WITH PREJUDICE.  Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable W. Louis Sands, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

      **SO RECOMMENDED,** this 19th  day of February 2009.


                         */s/ **Richard L. Hodge***
                         RICHARD L. HODGE
                         UNITED STATES MAGISTRATE JUDGE