IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| RONALD EUGENE STUBBS, | : | |
| Plaintiff, | : | |
| v. | : | 1:06-CV-90(WLS) |
| ERNEST MITCHELL, | : | |
| Defendant. | : | |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed February 19, 2009. (Doc. 20). It is recommended that Plaintiff's Motion to Dismiss his Complaint be granted. *Id.* Additionally, in order to gain Defendant's consent to conclude this matter on Plaintiff's motion, as opposed to Defendant's previously pending Motion for Summary Judgment[1], it is recommended that Plaintiff's action be dismissed with prejudice. *Id.* No objection has been filed to date.

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 20) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's action is **DISMISSED WITH PREJUDICE.** Additionally, Plaintiff's Motion to Amend/Correct Complaint (Doc. 15), Plaintiff's Motion to Proceed *Pro Se* (Doc. 16), and Defendant's Motion for Summary Judgment (Doc. 17) are all **DENIED AS MOOT.**

---

[1] For clarification, the Court notes that Plaintiff's Motion to Dismiss his Complaint was essentially filed in response to the Judge Hodge's Order (Doc. 18) to respond to Defendant's pending Motion for Summary Judgment. *See* (Doc. 20).

1

SO ORDERED, this 5th day of April, 2009.

_____
THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT